UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATIONAL ASSOCIATION FOR STOCK CAR
AUTO RACING, LLC,

                              Plaintiff,

        -against-

THE INDIVIDUALS, CORPORATIONS, LIMITED
LIABILITY COMPANIES, PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS IDENTIFIED
ON SCHEDULE A TO THE COMPLAINT,

                              Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/4/2026_____

26 Civ. 3948 (AT)

**ORDER**

ANALISA TORRES, District Judge:

By motion dated May 26, 2026, Plaintiff moved to extend the temporary restraining order ("TRO") entered in this case on May 18, 2026, and adjourn the show cause hearing previously scheduled for May 28, 2026. *See* ECF No. 17. On May 27, 2026, the Honorable Naomi Reice Buchwald granted the motion and adjourned the hearing to June 11, 2026. *See* ECF No. 18 (ordering opposition papers to be filed by June 9, and any reply papers to be filed by June 10). On May 27, 2026, the case was reassigned to the undersigned as related to 26 Civ. 2955. *See* 5/27/2026 ECF Entry. Accordingly, the hearing previously scheduled before Judge Buchwald for June 11, 2026, is ADJOURNED to occur before the undersigned on **June 15, 2026**, at **12:00 p.m.**

Pursuant to Federal Rule of Civil Procedure 65(b)(2), the TRO is extended to **June 15, 2026**. Good cause exists for an extension, because adjourning the preliminary injunction hearing is necessary to ensure Defendants are afforded adequate notice, and continued restraint of Defendants and third parties in the interim period is necessary to protect Plaintiff's rights against the irreparable harms demonstrated in their TRO application.

The hearing shall occur jointly with the related cases, 26 Civ. 3111, 26 Civ. 4291, and 26 Civ. 4421, and shall occur by way of video conference. The parties will be provided with the link to join the video conference via email. The public may dial into the proceeding by dialing +1 646-453-4442, and entering access code 263 308 621#. Plaintiff is directed to serve Defendants with this order pursuant to Federal Rule of Civil Procedure 4(f)(3) and using the methods authorized by the TRO. The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 8 and 9.

        SO ORDERED.

_____
ANALISA TORRES
United States District Judge

Dated:  June 4, 2026
        New York, New York